USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
KATHY WU AND ON BEHALF OF ALL OTHER : No.: 18-cv-05311-JMF
PERSONS SIMILARLY SITUATED, :
: ECF CASE
Plaintiffs, :
: **Stipulation of Dismissal**
v. :
:
LLADRO USA, INC. :
:
Defendant. :
:
:
-------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), KATHY WU and on behalf of all other persons similarly situated, and Defendant, LLADRO USA, INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       August 30, 2018

STARR, GERN, DAVISON & RUBIN, P.C.      GOTTLIEB & ASSOCIATES

*/s/ Jonathan J. Lerner*                */s/ Dana L. Gottlieb*
_____             _____
Jonathan J. Lerner, Esq.                Dana L. Gottlieb, Esq.(DG-6151)
105 Eisenhower Parkway, Suite 401       150 East 18th Street, Suite PHR
Roseland, NJ 07068                      New York, New York 10003
(973)403-9200                           (212)879-0240
Attorneys for Defendant                 Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge
       September 04, 2018